No. 236, Misc. JONES *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 230, Misc. DOMINGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 238, Misc. BOWIE *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 241, Misc. MORROW *v.* INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 242, Misc. PYLES *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 245, Misc. WELSH *v.* STATE MEDICAL BOARD OF OHIO. Supreme Court of Ohio. Certiorari denied.

No. 246, Misc. HOLLIDAY *v.* CELEBREZZE, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 5th Cir. Certiorari denied. *H. Alva Brumfield* for petitioner. *Solicitor General Cox* for respondent.

No. 249, Misc. NAILLIEUX *v.* KANSAS. Supreme Court of Kansas. Certiorari denied. *Kenneth E. Peery* for petitioner. *William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth* and *Richard H. Seaton,* Assistant Attorneys General, for respondent.